PIEDMONT CANDY CO. *v.* JOHN NEWTON PORTER CO.

EVANS, P. J. All reasonable deductions and inferences from the evidence demanded the verdict directed by the court.

*Judgment affirmed. All the Justices concur.*
MAY 11, 1911.

Complaint. Before Judge Pendleton. Fulton superior court. June 25, 1910.

*Walter R. Brown* and *R. B. Blackburn,* for plaintiff in error.
*George B. Rush,* contra.